# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | M.B.D. No. 14-MC-91180-DPW |
| | ) | |
| PHYLLIS KAYAFAS, | ) | |
| | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION ON THE
## UNITED STATES' PETITION FOR AN ORDER ENFORCING
## <u>AN INTERNAL REVENUE SERVICE SUMMONS</u>

A Petition to Enforce an Internal Revenue Service administrative summons having been referred to the undersigned United States Magistrate Judge for hearing, and said hearing having been held on September 10, 2014 and the Respondent, Phyllis Kayafas, having failed to show any cause why she should not obey the Summons issued to her, the following report and recommendation is made:

This Court finds that, based upon the Declaration of Revenue Officer William Marino (Dkt. 2), the United States has established a valid basis for the issuance of an Order enforcing the Internal Revenue Service administrative summons, in accordance with 26 U.S.C. §§ 7402(b), 7602 and 7604(a) and *United States v. Powell*, 379 U.S. 48 (1964).

Accordingly, this Court **RECOMMENDS** that the Petition of the United States for an Order Enforcing Internal Revenue Summons (Dkt. 1) be **GRANTED**, and that an Order issue, directing the Respondent to obey the Summons within **<u>thirty (30)</u>** days, upon penalty of a finding of contempt of court.

Any objections to this Report and Recommendation must be filed with the Clerk of Court within 14 days of receipt of this Report and Recommendation. Any party may respond to another party's objections within 10 days after service of the objections. Failure to file objections within the specified time waives the right to appeal the order. *United States v. Escoboza Vega*, 678 F.2d 376, 378-379 (1st Cir. 1982); *United States v. Valencia-St. Copete,* 792 F.2d 4, 6 (1st Cir. 1986).

SO ORDERED this _____10th_____ day of _____September_____, 2014

_____Judith Gail Dein_____
HONORABLE JUDITH G. DEIN
UNITED STATES MAGISTRATE JUDGE